Report Date: February 26, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Justin W. Starke | Case Number: 2:10CR00177-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge | |
| Date of Original Sentence: 2/7/2013 | Type of Supervision: Supervised Release |
| Original Offense: Theft of Government Property, 18 U.S.C. § 641 | Tentative Release Date: 04/11/2013 |
| Original Sentence: Prison - 6 Months<br>TSR - 36 Months | Date Supervision Expires: TBD |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Starke has family in Alaska, and had submitted a release plan for that area. That release plan has been denied. Mr. Starke advised the undersigned officer that he has no alternative release plan. As a result, Mr. Starke will soon be releasing directly from Spokane County Jail to Spokane, Washington, with no housing and no source of income. In order to avoid Mr. Starke from being released homeless, he has agreed to participate in the Spokane Residential Reentry program so that he may obtain employment and secure housing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/26/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

3/1/13
Date