# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

June 11, 2013

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO  Spokane

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

The Honorable Lonny R. Suko
United States District Court
William O. Douglas Federal Building
25 S. Third Street, 2nd Floor
Yakima, WA 98907

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 2 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**RE:** Starke, Justin W.
**DOCKET NO.:** 2:10CR00177-1
**REQUEST FOR RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Suko:

On March 1, 2013, the Court signed a request for modifying the conditions or term of supervision with consent of the offender. As a result, Mr. Starke's conditions of supervised release were modified to include a placement at a residential reentry center for a period of up to 180 days. The modification was not made to address alleged violation behavior, but recommended due to Mr. Starke being homeless and without any family or support in the community.

Mr. Starke has obtained employment as a carpenter, and has been accepted as a resident at the Palouse Oxford House in Spokane, Washington. Now that he has secured employment and an appropriate release plan, it is respectfully requested the Court authorize his release from the residential reentry center.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

s/Matthew L.Thompson          06/11/2013
Matthew L. Thompson           Date
Supervising U.S. Probation Officer

STARKE, Justin W
June 11, 2013
Page 2

THE COURT ORDERS

[ ] No Action
[X] Release from Residential Reentry Center Placement
[ ] Other

_____
Signature of Judicial Officer

6/12/13
Date